Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19−10859−JNP
                        Chapter:  7
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Randy P. Hinkson                                     Avella L. Hinkson
   360 Colonial Drive                                   aka Lynne Hinkson
   Wenonah, NJ 08090                          360 Colonial Drive
                                                          Wenonah, NJ 08090

Social Security No.:
   xxx−xx−7531                                          xxx−xx−9323

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑     An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 2/14/2019 in the amount of $ 83.75 has not been received by the Clerk,

☐     The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 3/1/19 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 3/1/19.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Jerrold N. Poslusny Jr. on

Date: March 12, 2019
Time: 10:00AM
Location: Courtroom 4C
  Address:   Mitchell H. Cohen Courthouse
                 1 John F. Gerry Plaza
                 400 Cooper Street
                 Camden, NJ 08101−2067

Dated: February 15, 2019
JAN: kvr

<u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge