Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 19−10859−JNP
    Chapter: 7
    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Randy P. Hinkson                                   Avella L. Hinkson
   360 Colonial Drive                                 aka Lynne Hinkson
   Wenonah, NJ 08090                             360 Colonial Drive
                                                                 Wenonah, NJ 08090

Social Security No.:
   xxx−xx−7531                                                   xxx−xx−9323

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on March 5, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 6, 2019
JAN: kvr

                                                                                            Jeanne Naughton
                                                                                            Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                                    Case No. 19-10859-JNP
Randy P. Hinkson                                                          Chapter 7
Avella L. Hinkson
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2               Date Rcvd: Mar 06, 2019
                               Form ID: 148                Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db/jdb         +Randy P. Hinkson,    Avella L. Hinkson,    360 Colonial Drive,    Wenonah, NJ 08090-1663
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,     SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,      25505 W. 12 Mile Road,
                Southfield, MI  48034-1846)
517969097       APS Medical Billing Specialists,    2527 Cranberry Highway,    Wareham, MA 02571-1046
517969094      +AlliedInterstate, LLC,    PO Box 361445,    Columbus, OH 43236-1445
517969095       Alltran Financial, LP,    PO Box 610,   Sauk Rapids, MN 56379-0610
517969096       Apex Asset Management,    2501 Oregon Pike Ste 120,     Lancaster, PA 17601-4890
517969098       Assoc Physiatrists SNJ PA,    PO Box 8505,    Cherry Hill, NJ 08002-0505
517969102       Cape Emergency Physicians,    PO Box 1801,    Indianapolis, IN 46206-1801
517969106      +Coastal Spine,    4000 Church Road,   Mount Laurel, NJ 08054-1110
518014264      +Credit Acceptance Corporation,    John R. Morton, Jr., Esquire,    110 Marter Avenue, Suite 301,
                Moorestown, NJ 08057-3124
517969113       Eastern Dental - Woodbury Heights,    1006B Mantua Pike, Suite 1,    Woodbury Heights, NJ 08097
517969114      +Emerg Care Services of NJ, PA,    PO Box 12907,    Norfolk, VA 23541-0907
517969115       Financial Recoveries,    PO Box 1388,   Mount Laurel, NJ 08054-7388
517969116       HRRG,   PO Box 459080,    Fort Lauderdale, FL 33345-9080
517969117      +Inspira Health Network,    509 N Broad St,    Woodbury, NJ 08096-1617
517969118       Inspira Health Network,    PO Box 650292,    Dallas, TX 75265-0292
517969119      +Inspira Medical Group, PC,    1120 Delsea Drive North,    Glassboro, NJ 08028-1444
517969121      +Jefferson Health - New Jersey,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
517969122      +KML Law Group, PC,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517969125      +MRS BPO, LLC,    1930 Olney Ave,   Cherry Hill, NJ 08003-2016
517969127       NJ Dept of Labor & Workforce Development,    PO Box 951,    Trenton, NJ 08625-0951
517969128      +NPAS, Inc.,    PO Box 99400,   Louisville, KY 40269-0400
517969126      +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Complex,
                25 Market Street, PO Box 112,    Trenton, NJ 08625-0112
518051604      +PC5REO LLC,    LINDA S. FOSSI,   GARY C. ZEITZ, L.L.C.,    1101 Laurel Oak Road, Suite 170,
                Voorhees, New Jersey 08043-4381
517969129      +Persante Continuing Care,    130 Gaither Drive, Suite 136,    Mount Laurel, NJ 08054-1715
517969130       Premier Orthopaedic Associates,    PO Box 2749,    Vineland, NJ 08362-2749
517969131       Radiology Associates of New Jersey, PC,    28075 Network Place,    Chicago, IL 60673-1280
517969132      +Rancocas Anesthesiology P.A.,    PO Box 4640,    Rutherford, NJ 07070-0464
517969133      +Receivables Outsourcing, LLC,    PO Box 549,    Lutherville Timonium, MD 21094-0549
517969136       South Jersey Anesthesia & Pain Physician,    509 N Broad Street,    Woodbury, NJ 08096-1617
517969137       South Jersey Gas Company,    Customer Care Center,    PO Box 577,   Hammonton, NJ 08037-0577
517969138       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
517969139      +Southwest Credit Systems,    4210 International Pkwy #1100,    Carrollton, TX 75007-1912
517983887      +Wilmington Savings Fund Society,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 23:43:51      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 23:43:49      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                Newark, NJ 07102-5235
517969099       EDI: CINGMIDLAND.COM Mar 07 2019 04:13:00      AT&T Mobility,   15901 E Skelly Dr,
                Tulsa, OK 74116-2809
517969100       E-mail/Text: bankruptcy@pepcoholdings.com Mar 06 2019 23:43:20      Atlantic City Electric,
                Bankruptcy Division,    5 Collins Drive, Suite 2133,    Mail Stop 84CP42,
                Carneys Point, NJ 08069-3600
517969101      +E-mail/Text: payments@brsi.net Mar 06 2019 23:44:32      Business Revenue Systems, Inc.,
                3208 Division Street,    Burlington, IA 52601-1653
517969105      +E-mail/Text: bankruptcynotices@cbecompanies.com Mar 06 2019 23:44:08      CBE Group,
                1309 Technology Parkway,    Cedar Falls, IA 50613-6976
517969103       E-mail/Text: lriley@caperegional.com Mar 06 2019 23:43:08      Cape Regional Medical Center,
                2 Stone Harbor Boulevard,    Cape May Court House, NJ 08210-2138
517969104      +E-mail/Text: clientrep@capitalcollects.com Mar 06 2019 23:44:40      Capital Collection Service,
                PO Box 150,    West Berlin, NJ 08091-0150
517969107      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 06 2019 23:44:15      Comcast,
                1 Comcast Ctr,    Philadelphia, PA 19103-2899
517969108      +E-mail/Text: bankruptcy@credencerm.com Mar 06 2019 23:44:22      Credence Resource Management,
                17000 Dallas Parkway, Suite 204,    Dallas, TX 75248-1940
517969110       EDI: RCSFNBMARIN.COM Mar 07 2019 04:03:00      CreditOne Bank,   PO Box 98873,
                Las Vegas, NV 89193-8873
517969111      +E-mail/Text: dtmua-am@deptford-nj.org Mar 06 2019 23:44:10      Deptford Township MUA,
                898 Cattell Road,    Wenonah, NJ 08090-1521
517969112       E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 23:43:25      Ditech Financial LLC,
                PO Box 6154,    Rapid City, SD 57709-6154
517969120       EDI: IRS.COM Mar 07 2019 04:03:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
517969123       EDI: CBSKOHLS.COM Mar 07 2019 04:03:00      Kohl's,   PO Box 3043,    Milwaukee, WI 53201-3043
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 06, 2019
                              Form ID: 148             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517969123         E-mail/Text: bncnotices@becket-lee.com Mar 06 2019 23:43:00      Kohl's,   PO Box 3043,
                   Milwaukee, WI 53201-3043
517969124         EDI: RESURGENT.COM Mar 07 2019 04:13:00      LVNV Funding, LLC,   PO Box 10497,
                   Greenville, SC 29603-0497
517969134        +E-mail/Text: bankruptcy@rentacenter.com Mar 06 2019 23:44:34     Rent A Center,
                   848 Delsea Drive,   Glassboro, NJ 08028-1438
517969135         EDI: RESURGENT.COM Mar 07 2019 04:13:00      Resurgent Capital Services,   PO Box 10587,
                   Greenville, SC 29603-0587
517969140         EDI: TDBANKNORTH.COM Mar 07 2019 04:13:00     TD Bank, NA,   PO Box 9547,
                   Portland, ME 04112-9547
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517969109*     ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court:  Credit Acceptance Corporation,    25505 W Twelve Mile Rd,
                   Southfield, MI 48034)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:

```
          Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Linda S. Fossi    on behalf of Creditor   PC5REO LLC lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           rsolarz@kmllawgroup.com
          Rex J. Roldan    on behalf of Joint Debtor Avella L. Hinkson roldanlaw@comcast.net,
           roldanlaw1@gmail.com
          Rex J. Roldan    on behalf of Debtor Randy P. Hinkson roldanlaw@comcast.net,  roldanlaw1@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 7
```