Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−10859−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Randy P. Hinkson | Avella L. Hinkson |
| 360 Colonial Drive | aka Lynne Hinkson |
| Wenonah, NJ 08090 | 360 Colonial Drive |
| | Wenonah, NJ 08090 |

Social Security No.:
  xxx−xx−7531                                    xxx−xx−9323

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 16, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 24 − 22
Order Granting Motion To Vacate Dismissal of Case (Related Doc # 22). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/16/2019. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 16, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Randy P. Hinkson
Avella L. Hinkson
        Debtors

Case No. 19-10859-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 16, 2019
                Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db/jdb        +Randy P. Hinkson,    Avella L. Hinkson,   360 Colonial Drive,   Wenonah, NJ 08090-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
        Andrew Sklar   andy@sklarlaw.com,  NJ43@ecfcbis.com;dolores@sklarlaw.com
        John R. Morton, Jr.   on behalf of Creditor   Credit Acceptance Corporation
         ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Linda S. Fossi   on behalf of Creditor   PC5REO LLC lfossi@zeitzlawfirm.com,
         gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
        Rebecca Ann Solarz   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         rsolarz@kmllawgroup.com
        Rex J. Roldan   on behalf of Joint Debtor Avella L. Hinkson roldanlaw@comcast.net,
         roldanlaw1@gmail.com
        Rex J. Roldan   on behalf of Debtor Randy P. Hinkson roldanlaw@comcast.net,  roldanlaw1@gmail.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                  TOTAL: 7