UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtors

Order Filed on April 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

RANDY P. HINKSON and AVELLA L. HINKSON

Case No.:   19-10859 (JNP)

Chapter:   7

Judge:   Jerrold N. Poslusny, Jr.

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 16, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☑ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

❑ ORDERED that the motion to vacate order dismissing case is denied.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service.*

*rev.8/1/18*

2

United States Bankruptcy Court
District of New Jersey

In re:
Randy P. Hinkson
Avella L. Hinkson
    Debtors

Case No. 19-10859-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 16, 2019
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
db/jdb         +Randy P. Hinkson,    Avella L. Hinkson,    360 Colonial Drive,    Wenonah, NJ 08090-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
           Andrew    Sklar     andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
           John R. Morton, Jr.     on behalf of Creditor     Credit Acceptance Corporation
            ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
           Linda S. Fossi     on behalf of Creditor     PC5REO LLC  lfossi@zeitzlawfirm.com,
            gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
           Rebecca Ann Solarz     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a
            Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
            rsolarz@kmllawgroup.com
           Rex J. Roldan     on behalf of Joint Debtor Avella L. Hinkson roldanlaw@comcast.net,
            roldanlaw1@gmail.com
           Rex J. Roldan     on behalf of Debtor Randy P. Hinkson roldanlaw@comcast.net,    roldanlaw1@gmail.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7