UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>HINKSON, RANDY P.<br>HINKSON, AVELLA L. | Case No.: 19-10859-JNP<br>Chapter: 7<br>Judge: Jerrold N. Poslusny, Jr. |

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on    June 11, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4C  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 360 COLONIAL DRIVE, WENONAH NJ 08090<br>(FMV $179,350.00) |
|---|---|

| Liens on property: | $104,311.00- SELENE FINANCE<br>$42,175.50 - IRS TAX LIEN<br>$10,000.00 - COSTS OF SALE |
|---|---|

| Amount of equity claimed as exempt:    $14,790.04 |
|---|

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:
Randy P. Hinkson
Avella L. Hinkson
    Debtors

Case No. 19-10859-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: May 10, 2019
                    Form ID: pdf905    Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2019.

```
db/jdb         +Randy P. Hinkson,    Avella L. Hinkson,    360 Colonial Drive,    Wenonah, NJ 08090-1663
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,    25505 W. 12 Mile Road,
               Southfield, MI  48034-1846)
517969097      APS Medical Billing Specialists,    2527 Cranberry Highway,    Wareham, MA 02571-1046
517969094     +AlliedInterstate, LLC,    PO Box 361445,    Columbus, OH 43236-1445
517969095      Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
517969096      Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
517969098      Assoc Physiatrists SNJ PA,    PO Box 8505,    Cherry Hill, NJ 08002-0505
517969102      Cape Emergency Physicians,    PO Box 1801,    Indianapolis, IN 46206-1801
517969106     +Coastal Spine,    4000 Church Road,    Mount Laurel, NJ 08054-1110
518014264     +Credit Acceptance Corporation,    John R. Morton, Jr., Esquire,    110 Marter Avenue, Suite 301,
               Moorestown, NJ 08057-3124
517969113      Eastern Dental - Woodbury Heights,    1006B Mantua Pike, Suite 1,    Woodbury Heights, NJ 08097
517969114     +Emerg Care Services of NJ, PA,    PO Box 12907,    Norfolk, VA 23541-0907
517969115      Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
517969116      HRRG,    PO Box 459080,    Fort Lauderdale, FL 33345-9080
517969117     +Inspira Health Network,    509 N Broad St,    Woodbury, NJ 08096-1617
517969118      Inspira Health Network,    PO Box 650292,    Dallas, TX 75265-0292
517969119     +Inspira Medical Group, PC,    1120 Delsea Drive North,    Glassboro, NJ 08028-1444
517969121     +Jefferson Health - New Jersey,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
517969122     +KML Law Group, PC,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517969125     +MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
517969127      NJ Dept of Labor & Workforce Development,    PO Box 951,    Trenton, NJ 08625-0951
517969128     +NPAS, Inc.,    PO Box 99400,    Louisville, KY 40269-0400
517969126     +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Complex,
               25 Market Street, PO Box 112,    Trenton, NJ 08625-0112
518051604     +PC5REO LLC,    LINDA S. FOSSI,    GARY C. ZEITZ, L.L.C.,    1101 Laurel Oak Road, Suite 170,
               Voorhees, New Jersey 08043-4381
517969129     +Persante Continuing Care,    130 Gaither Drive, Suite 136,    Mount Laurel, NJ 08054-1715
517969130      Premier Orthopaedic Associates,    PO Box 2749,    Vineland, NJ 08362-2749
517969131      Radiology Associates of New Jersey, PC,    28075 Network Place,    Chicago, IL 60673-1280
517969132     +Rancocas Anesthesiology P.A.,    PO Box 4640,    Rutherford, NJ 07070-0464
517969133     +Receivables Outsourcing, LLC,    PO Box 549,    Lutherville Timonium, MD 21094-0549
517969136      South Jersey Anesthesia & Pain Physician,    509 N Broad Street,    Woodbury, NJ 08096-1617
517969137      South Jersey Gas Company,    Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
517969138      South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
517969139     +Southwest Credit Systems,    4210 International Pkwy #1100,    Carrollton, TX 75007-1912
517983887     +Wilmington Savings Fund Society,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 11 2019 00:02:55    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2019 00:02:50    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517969099      E-mail/Text: g20956@att.com May 11 2019 00:03:29    AT&T Mobility,    15901 E Skelly Dr,
               Tulsa, OK 74116-2809
517969100      E-mail/Text: bankruptcy@pepcoholdings.com May 11 2019 00:02:23    Atlantic City Electric,
               Bankruptcy Division,    5 Collins Drive, Suite 2133,    Mail Stop 84CP42,
               Carneys Point, NJ 08069-3600
517969101     +E-mail/Text: payments@brsi.net May 11 2019 00:03:47    Business Revenue Systems, Inc.,
               3208 Division Street,    Burlington, IA 52601-1653
517969105     +E-mail/Text: bankruptcynotices@cbecompanies.com May 11 2019 00:03:18    CBE Group,
               1309 Technology Parkway,    Cedar Falls, IA 50613-6976
517969103      E-mail/Text: lriley@caperegional.com May 11 2019 00:02:13    Cape Regional Medical Center,
               2 Stone Harbor Boulevard,    Cape May Court House, NJ 08210-2138
517969104     +E-mail/Text: clientrep@capitalcollects.com May 11 2019 00:04:11    Capital Collection Service,
               PO Box 150,    West Berlin, NJ 08091-0150
517969107     +E-mail/Text: documentfiling@lciinc.com May 11 2019 00:01:42    Comcast,    1 Comcast Ctr,
               Philadelphia, PA 19103-2899
517969108     +E-mail/Text: bankruptcy@credencerm.com May 11 2019 00:03:35    Credence Resource Management,
               17000 Dallas Parkway, Suite 204,    Dallas, TX 75248-1940
517969110      E-mail/PDF: creditonebknotifications@resurgent.com May 10 2019 23:59:47    CreditOne Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
517969111     +E-mail/Text: dtmua-am@deptford-nj.org May 11 2019 00:03:21    Deptford Township MUA,
               898 Cattell Road,    Wenonah, NJ 08090-1521
517969112      E-mail/Text: bankruptcy.bnc@ditech.com May 11 2019 00:02:29    Ditech Financial LLC,
               PO Box 6154,    Rapid City, SD 57709-6154
517969120      E-mail/Text: cio.bncmail@irs.gov May 11 2019 00:02:15    Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-1          User: admin              Page 2 of 2                   Date Rcvd: May 10, 2019
                              Form ID: pdf905          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517969123        E-mail/Text: bncnotices@becket-lee.com May 11 2019 00:01:54      Kohl's,   PO Box 3043,
                 Milwaukee, WI 53201-3043
517969124        E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 23:59:02      LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
517969134       +E-mail/Text: bankruptcy@rentacenter.com May 11 2019 00:04:07      Rent A Center,
                 848 Delsea Drive,   Glassboro, NJ 08028-1438
517969135        E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 23:59:25
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517969140        E-mail/Text: bankruptcy@td.com May 11 2019 00:03:00      TD Bank, NA,   PO Box 9547,
                 Portland, ME 04112-9547
                                                                                                TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517969109*     ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:   Credit Acceptance Corporation,    25505 W Twelve Mile Rd,
                 Southfield, MI 48034)
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
```
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Linda S. Fossi    on behalf of Creditor    PC5REO LLC lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               rsolarz@kmllawgroup.com
              Rex J. Roldan    on behalf of Joint Debtor Avella L. Hinkson roldanlaw@comcast.net,
               roldanlaw1@gmail.com
              Rex J. Roldan    on behalf of Debtor Randy P. Hinkson roldanlaw@comcast.net,  roldanlaw1@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 7
```