Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19–10859–JNP
        Chapter: 7
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Randy P. Hinkson | Avella L. Hinkson |
| 360 Colonial Drive | aka Lynne Hinkson |
| Wenonah, NJ 08090 | 360 Colonial Drive |
| | Wenonah, NJ 08090 |

Social Security No.:
  xxx–xx–7531                               xxx–xx–9323

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 21, 2019</u>           <u>Jerrold N. Poslusny Jr.</u>
                                      Judge, United States Bankruptcy Court