**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Randy P. Hinkson | Social Security number or ITIN  xxx–xx–7531 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Avella L. Hinkson | Social Security number or ITIN  xxx–xx–9323 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   19–10859–JNP

## Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randy P. Hinkson                                              Avella L. Hinkson
                                                              aka Lynne Hinkson

6/21/19                                                       **By the court:**  Jerrold N. Poslusny Jr.
                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10859-JNP
Randy P. Hinkson                                                        Chapter 7
Avella L. Hinkson
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Jun 21, 2019
                              Form ID: 318             Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
```
db/jdb       +Randy P. Hinkson,    Avella L. Hinkson,    360 Colonial Drive,    Wenonah, NJ 08090-1663
cr          ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: Credit Acceptance Corporation,     25505 W. 12 Mile Road,
               Southfield, MI  48034-1846)
517969097     APS Medical Billing Specialists,    2527 Cranberry Highway,    Wareham, MA 02571-1046
517969094    +AlliedInterstate, LLC,    PO Box 361445,    Columbus, OH 43236-1445
517969095     Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
517969096     Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
517969098     Assoc Physiatrists SNJ PA,    PO Box 8505,    Cherry Hill, NJ 08002-0505
517969102     Cape Emergency Physicians,    PO Box 1801,    Indianapolis, IN 46206-1801
517969106    +Coastal Spine,    4000 Church Road,    Mount Laurel, NJ 08054-1110
518014264    +Credit Acceptance Corporation,     John R. Morton, Jr., Esquire,    110 Marter Avenue, Suite 301,
               Moorestown, NJ 08057-3124
517969113     Eastern Dental - Woodbury Heights,    1006B Mantua Pike, Suite 1,    Woodbury Heights, NJ 08097
517969114    +Emerg Care Services of NJ, PA,    PO Box 12907,    Norfolk, VA 23541-0907
517969115     Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
517969116     HRRG,    PO Box 459080,    Fort Lauderdale, FL 33345-9080
517969118     Inspira Health Network,    PO Box 650292,    Dallas, TX 75265-0292
517969117    +Inspira Health Network,    509 N Broad St,    Woodbury, NJ 08096-1617
517969119    +Inspira Medical Group, PC,    1120 Delsea Drive North,    Glassboro, NJ 08028-1444
517969121    +Jefferson Health - New Jersey,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
517969122    +KML Law Group, PC,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517969125    +MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
517969127     NJ Dept of Labor & Workforce Development,    PO Box 951,    Trenton, NJ 08625-0951
517969128    +NPAS, Inc.,    PO Box 99400,    Louisville, KY 40269-0400
517969126    +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Complex,
               25 Market Street, PO Box 112,    Trenton, NJ 08625-0112
518051604    +PC5REO LLC,    LINDA S. FOSSI,    GARY C. ZEITZ, L.L.C.,    1101 Laurel Oak Road, Suite 170,
               Voorhees, New Jersey 08043-4381
517969129    +Persante Continuing Care,    130 Gaither Drive, Suite 136,    Mount Laurel, NJ 08054-1715
517969130     Premier Orthopaedic Associates,    PO Box 2749,    Vineland, NJ 08362-2749
517969131     Radiology Associates of New Jersey, PC,    28075 Network Place,    Chicago, IL 60673-1280
517969132    +Rancocas Anesthesiology P.A.,    PO Box 4640,    Rutherford, NJ 07070-0464
517969133    +Receivables Outsourcing, LLC,    PO Box 549,    Lutherville Timonium, MD 21094-0549
517969136     South Jersey Anesthesia & Pain Physician,     509 N Broad Street,    Woodbury, NJ 08096-1617
517969137     South Jersey Gas Company,    Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
517969138     South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
517969139    +Southwest Credit Systems,    4210 International Pkwy #1100,    Carrollton, TX 75007-1912
517983887    +Wilmington Savings Fund Society,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 21 2019 23:33:42      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 21 2019 23:33:40      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517969099     EDI: CINGMIDLAND.COM Jun 22 2019 03:18:00      AT&T Mobility,    15901 E Skelly Dr,
               Tulsa, OK 74116-2809
517969100     E-mail/Text: bankruptcy@pepcoholdings.com Jun 21 2019 23:33:25      Atlantic City Electric,
               Bankruptcy Division,    5 Collins Drive, Suite 2133,    Mail Stop 84CP42,
               Carneys Point, NJ 08069-3600
517969101    +E-mail/Text: payments@brsi.net Jun 21 2019 23:34:11      Business Revenue Systems, Inc.,
               3208 Division Street,    Burlington, IA 52601-1653
517969105    +E-mail/Text: bankruptcynotices@cbecompanies.com Jun 21 2019 23:33:54      CBE Group,
               1309 Technology Parkway,    Cedar Falls, IA 50613-6976
517969103     E-mail/Text: lriley@caperegional.com Jun 21 2019 23:33:20      Cape Regional Medical Center,
               2 Stone Harbor Boulevard,    Cape May Court House, NJ 08210-2138
517969104     E-mail/Text: clientrep@capitalcollects.com Jun 21 2019 23:34:19      Capital Collection Service,
               PO Box 150,    West Berlin, NJ 08091
517969107    +EDI: COMCASTCBLCENT Jun 22 2019 03:18:00      Comcast,    1 Comcast Ctr,
               Philadelphia, PA 19103-2899
517969108    +E-mail/Text: bankruptcy@credencerm.com Jun 21 2019 23:34:03      Credence Resource Management,
               17000 Dallas Parkway, Suite 204,    Dallas, TX 75248-1940
517969110     EDI: RCSFNBMARIN.COM Jun 22 2019 03:18:00      CreditOne Bank,    PO Box 98873,
               Las Vegas, NV 89193-8873
517969111    +E-mail/Text: dtmua-am@deptford-nj.org Jun 21 2019 23:33:56      Deptford Township MUA,
               898 Cattell Road,    Wenonah, NJ 08090-1521
517969112     E-mail/Text: bankruptcy.bnc@ditech.com Jun 21 2019 23:33:28      Ditech Financial LLC,
               PO Box 6154,    Rapid City, SD 57709-6154
517969120     EDI: IRS.COM Jun 22 2019 03:18:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 21, 2019
                              Form ID: 318             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517969123        E-mail/Text: bncnotices@becket-lee.com Jun 21 2019 23:33:10      Kohl's,   PO Box 3043,
                 Milwaukee, WI 53201-3043
517969124        EDI: RESURGENT.COM Jun 22 2019 03:18:00      LVNV Funding, LLC,   PO Box 10497,
                 Greenville, SC 29603-0497
517969134       +E-mail/Text: bankruptcy@rentacenter.com Jun 21 2019 23:34:16      Rent A Center,
                 848 Delsea Drive,   Glassboro, NJ 08028-1438
517969135        EDI: RESURGENT.COM Jun 22 2019 03:18:00      Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517969140        EDI: TDBANKNORTH.COM Jun 22 2019 03:18:00      TD Bank, NA,   PO Box 9547,
                 Portland, ME 04112-9547
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517969109*     ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,   25505 W Twelve Mile Rd,
                 Southfield, MI 48034)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:

```
          Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Linda S. Fossi    on behalf of Creditor   PC5REO LLC lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           rsolarz@kmllawgroup.com
          Rex J. Roldan    on behalf of Joint Debtor Avella L. Hinkson roldanlaw@comcast.net,
           roldanlaw1@gmail.com
          Rex J. Roldan    on behalf of Debtor Randy P. Hinkson roldanlaw@comcast.net,  roldanlaw1@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 7
```